# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSEPH DWAINE DOWNING, JR.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 83386

FILED

AUG 27 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from district court orders denying pretrial motions to dismiss counsel and appoint alternate counsel.[1] Eighth Judicial District Court, Clark County; Mary Kay Holthus, Judge.

Because no statute or court rule permits an appeal from an order denying a pretrial motion to dismiss counsel and appoint alternate counsel, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

---

[1] The jury trial is scheduled for October 18, 2021.

21-24990

cc: Hon. Mary Kay Holthus, District Judge
Joseph Dwaine Downing, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
E. Brent Bryson

SUPREME COURT
OF
NEVADA

(O) 1947A